IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALICE KAY BOCKSTADTER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3026 |
| | ) | |
| v. | ) | |
| | ) | |
| BEVERLY ENTERPRISES-NEBRASKA, Inc., | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

    A Stipulation for Dismissal, filing 14, has been filed by counsel in this case, stating that the matter has been resolved.

    IT THEREFORE IS ORDERED that this action is dismissed with prejudice.

    Dated July 16, 2007.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge